UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH KUYKENDALL | CIVIL ACTION |
| VERSUS | |
| DARREL VANNOY, ET AL. | NO. 19-685-JWD-SDJ |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 25, 2022 (Doc. 11), to which no objection was filed;

**IT IS ORDERED** that Kuykendall's application for habeas corpus relief is denied for lack of subject-matter jurisdiction and that this proceeding is dismissed.

**IT IS FURTHER ORDERED** that, in the event Kuykendall pursues an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 27, 2022.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA